

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL PARRA,<br><br>Defendant. | Case No. 2:08-cr-01191-GW - 16<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On May 27, 2026, Defendant Ismael Parra made his initial on a petition for revocation of supervised release. Michael Artan of the Indigent Defense Panel was appointed to represent Mr. Parra.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.     ☐     Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*See below.*

B.     ☒     Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in this case, which concern state charges for murder. Mr. Parra was ordered released on parole, premised on a comprehensive release plan that included release to a halfway house. Due to the delay in his release, Mr. Parra candidly admitted that he was not sure whether his halfway house placement was still available. Pretrial Services spoke with his supervision officer, who similarly suggested there were aspects of his release plan that were not yet finalized. Mr. Parra presented evidence showing that he made significant strides toward rehabilitation, but he has been incarcerated for a lengthy period, and his release plan included release to a halfway house. The Court is concerned that a less structured release might put at jeopardy the strides Mr. Parra made while in custody.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 27, 2026

_____/s/_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2